# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

January 18, 2022

VIA ELECTRONIC FILING

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application granted.  The conference scheduled for January 18, 2022 is adjourned until February 1, 2022 at 10:30 a.m.  The Court excludes time under the Speedy Trial Act until that date.  See 18 U.S.C. 3161(h)(7)(A).
>
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:   January 18, 2022
>          New York, N.Y.

Re: *United States v. Jonathan Griffin, 17 cr. 609 (NRB)*

Dear Judge Buchwald:

    I represent Jonathan Griffin in the above-referenced matter. The Probation Department charged Mr. Griffin with violating the terms of his supervised release. A Magistrate arraigned him and adjourned the case to January 18, 2022. The Defense intends to resolve this matter via guilty plea. I need additional time to work out some of the details of the plea with the Government. The Defense requests a two-week adjournment of today's proceedings. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc: Jordan Estes, Assistant United States Attorney (via electronic mail)

1

2