**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 21, 2022

**BY ECF AND EMAIL**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jonathan Griffin**
      **17 Cr. 609 (NRB)**

Dear Judge Buchwald:

      The Government submits this letter to respectfully request that chronologies maintained by the United States Probation Office ("Probation"), detailing Jonathan Griffin's supervision, be unsealed. As Your Honor is aware, the VOSR pending before the Court involves six specifications: (1) use of a controlled substance; (2) failure to report for drug testing; (3) failure to follow the instructions of Probation to meet with a reentry specialist; (4) failure to notify Probation of a change in residence; (5) failure to report to Probation; and (6) failure to participate in mental health treatment. Given the nature of the specifications, the Government intends to call one or more Probation Officers to testify at the hearing scheduled for March 1.

      The chronologies maintained by the United States Probation Office contain material relevant to the hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government must disclose them to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland,* 373 U.S. 83 (1963) and *Giglio v. United States,* 405 U.S.

Page 2

150, 154 (1972). Accordingly, the Government respectfully requests that the chronologies by ordered unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jordan Estes
Assistant United States Attorney
(212) 637-2543

cc:   Marlon Kirton, Esq. (by ECF)

SO ORDERED: _____
The Honorable Naomi Reice Buchwald
United States District Judge       2/22/22